

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00474-CR
No. 04-24-00475-CR

Andrew Michael **ALVARADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2019CR2384 & 2019CR2385
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is **AFFIRMED**.

SIGNED September 17, 2025.

_____
Velia J. Meza, Justice